SR: TDL
USAO File # 2011V02140
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MARGARET COLON,

                Plaintiff,

-against-

UNITED STATES OF AMERICA,

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Civil Action
No. CV-11-4617

(Gershon, J.)
(Mann, M.J.)

**STIPULATION AND
ORDER OF DISMISSAL
<u>WITH PREJUDICE</u>**

      IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned plaintiff, Margaret Colon ("Plaintiff"), and Defendant United States of America ("Defendant"), by and through their respective attorneys, that Plaintiff's complaint and claims therein, be and hereby are, dismissed with prejudice, without costs to either party as against the other; and

      IT IS FURTHER STIPULATED AND AGREED, that no further suit will be instituted against Defendant for the same claims that have been asserted herein, or

*Margaret Colon v. United States*, CV-11-4617
Stipulation of Dismissal With Prejudice
Honorable Nina Gershon
Page 2

for any other causes of action arising out of the incidents or circumstances which gave rise to the

instant action.

Dated: Flushing, New York
       July 12, 2012

MALLILO & GROSSMAN
*Attorneys for Plaintiff*
163-09 Northern Blvd.
Flushing, New York 11358

By: _____
    JOHN S. MANESSIS (JM-7051)
    (718) 461-6633

Dated: Brooklyn, New York
       July 12, 2012

LORETTA E. LYNCH
United States Attorney
Eastern District of New York
*Attorney for Defendant*
271 Cadman Plaza East
Brooklyn, New York 11201

By: _____
    TIMOTHY LYNCH (TL-8561)
    Assistant United States Attorney
    (718) 254-6288/7000

SO ORDERED:

_____
HONORABLE NINA GERSHON
United States District Judge

7-18-12

Civil Action No. CV-11-4617

UNITED STATES DISTRICT COURT
Eastern District of New York

MARGARET COLON,

                *Plaintiff*,

- against -

UNITED STATES OF AMERICA,

                *Defendant*.

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

---

**LORETTA E. LYNCH**

United States Attorney,
Attorney for EDNY
Office and Post Office Address,
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

Due service of a copy of the within
_____ is hereby admitted.

Dated:_____, 20

Attorney for Defendant
TIMOTHY D. LYNCH, AUSA
(718) 254-6288

---

SIR:

    **PLEASE TAKE NOTICE** that the within will be presented for settlement and signature to the Clerk of the United States District Court in his office at the **UNITED STATES DISTRICT COURT** U.S. Courthouse, 225 Cadman Plaza East, **EASTERN DISTRICT OF NEW YORK** Brooklyn, New York, on the _____ day of _____, 20__, at 10:30 o'clock in the forenoon.

Dated: Brooklyn New York,

_____,20

    United States Attorney,
    Attorney for

To:

Attorney for_____

SIR:

    **PLEASE TAKE NOTICE** that the within is a true copy of _____ duly entered herein on the ____ day of _____, in the office of the Clerk of the Eastern District of New York,

Dated: Brooklyn, New York

_____, 20

    United States Attorney,
    Attorney for

To:

Attorney for